■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIOLIS SANTOS, Appellant. [32 NYS3d 487]—Judgment, Supreme Court, New York County (Patricia M. Nunez, J., at suppression motion; Anthony J. Ferrara, J., at plea; Ellen Coin, J. at sentencing), rendered July 20, 2010, convicting defendant of criminal sale of a controlled substance in the fifth degree, and sentencing him to a term of one year, unanimously affirmed.

Defendant had the practical ability to withdraw his plea before sentencing, and his challenges to the validity of his plea do not come within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 381-382 [2015]). We decline to review these unpreserved claims in the interest of justice. As an alternative holding, we find that the plea was knowing, intelligent, and voluntary, including with regard to defendant's awareness of immigration consequences (*see People v Pellegrino*, 26 NY3d 1063 [2015]; *People v Sougou*, 26 NY3d 1052 [2015]; *People v Brazil*, 123 AD3d 466, 467 [1st Dept 2014], *lv denied* 25 NY3d 1198 [2015]).

We also find that defendant made a valid general waiver of his right to appeal (*see People v Sanders*, 25 NY3d 337, 340-342 [2015]; *People v Lopez*, 6 NY3d 248, 257 [2006]), which encompasses his claim that the court should have granted his motion for a suppression hearing (*see People v Sears*, 57 AD3d 396 [1st Dept 2008], *lv denied* 12 NY3d 787 [2009]). Concur—Friedman, J.P., Sweeny, Webber and Gesmer, JJ.